UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CHARLES MICHAEL JOHNSON, <br> Defendant. | NO. CR-05-201-RHW <br><br> **ORDER DENYING DEFENDANT'S MOTION TO TERMINATE PROBATION** |

Before the Court is Defendant's Motion to Terminate Probation (Ct. Rec. 53). A motion hearing was held on March 3, 2008. Defendant was not present; defense counsel Christina Hunt appeared on his behalf. Assistant United States Attorney Earl Hicks appeared on behalf of the Government. The Court also heard from Defendant's supervising probation officer Robert Urbaniak. The parties informed the Court that there are matters pending in Idaho State court that must be resolved before it is proper for Defendant to seek to terminate his probation.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Terminate Probation (Ct. Rec. 53) is **DENIED with leave to renew**.

///
///
///
///

ORDER DENYING DEFENDANT'S MOTION TO TERMINATE PROBATION * 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel.

**DATED** the 5th day of May, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\2005\Johnson\probation.ord.wpd

ORDER DENYING DEFENDANT'S MOTION TO TERMINATE PROBATION * 2